PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

JUL 1 0 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>VIDAL ANGEL VELASCO<br>TERRY LEE WALLACE<br>DARCI EILEEN EIGDERSON<br>CARLOS PEREZ<br>PA NHIAG VANG aka LINDA VANG,<br><br>                 Defendants. | CASE NO. 1:17- MJ-00108 EPG<br><br>ORDER TO UNSEAL COMPLAINT |

It is hereby ORDERED that the complaint in the above-captioned case is UNSEALED.

Dated: July 10, 2017

                                             HON. ERICA P. GROSJEAN
                                             UNITED STATES MAGISTRATE JUDGE